UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 3:04-cr-138(JCH) |
| : | |
| FRANK PINA : | JULY 20, 2006 |

### ORDER CONTINUING TERM OF SUPERVISED RELEASE

On October 18, 2004, the defendant was sentenced to imprisonment for 8 months' because of a violation of 21 U.S.C. § 843 (b), Use of a Telephone to Facilitate the Commission of a Narcotics Felony, by the Honorable Janet C. Hall, United States District Judge sitting in the court at Bridgeport, Connecticut, who fixed the period of supervision at 1 year which commenced on December 22, 2005, and imposed the general terms and conditions theretofore adopted by the court and also imposed the following special condition:

The defendant shall also participate in a substance abuse treatment program, as approved by the U.S. probation officer, either inpatient or outpatient which may include random testing to determine if the defendant has reverted to the use of drugs.

On March 30, 2006, this Court issued a warrant pending a hearing to determine if the defendant had violated the terms of his supervised release based on his arrest by the New Haven Police Department on February 14, 2006.

On June 30, 2006, the defendant appeared before the Court with counsel for a hearing to determine if a violation of his terms of supervised release had occurred. The defendant admitted his guilt to committing a new offense. The Court ordered that the defendant be continued on supervised release for an additional 18 months to commence

upon his release from state custody. The Court also ordered as special conditions that: 1) The defendant shall complete the Salvation Army inpatient drug treatment program, and 2) The defendant shall attend mental health treatment to address his anger issues. He is to begin the mental health treatment while in the Salvation Army program, if not able to, then he will be required to begin treatment upon completion of the program.

After further deliberation, and with the consent of the government and the defendant's attorney, the Court finds that the defendant's supervised release, which shall be tolled until his release from State custody, shall be continued for an additional 9 months, not 18 months.

All other conditions originally ordered remain in effect.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 20th day of July, 2006.

                                                                                    The Honorable Janet C. Hall
                                                                                    United States District Judge